UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAMANCE REGIONAL MEDICAL )
CENTER, et al., )
)
          Plaintiffs, )
)
vs. )   Civil Action No. _____
)
MICHAEL O. LEAVITT, Secretary, )
U.S. Department of Health and )
Human Services, )
)
          Defendant. )
)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

          Attorney of Record

          */s/ Christopher L. Crosswhite*
          Christopher L. Crosswhite
          D.C. Bar No. 450927
          DUANE MORRIS LLP
          505 9th Street, N.W., Suite 1000
          Washington, DC 20004-2166
          Tel. (202) 776-7846
          Fax (202) 776-7801

Date: August 1, 2008